*Ryals & Anderson,* contra.

---

JONES *v.* BLACKMAN.

LUMPKIN, J.    There was sufficient evidence to support the verdict, and there was no error in overruling the motion for a new trial based on the ground that the verdict was contrary to law and the evidence.

*Judgment affirmed.    All the Justices concur.*

AUGUST 10, 1915.

Equitable petition.    Before Judge Walker.    Wilkes superior court.    July 7, 1914.

*W. A. Slaton,* for plaintiff in error.    *C. E. Sutton* contra.